### BERRY V. THE STATE.

(Decided June 13, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

TATE & WALKER, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal abated by death of appellant.

---

### CARSON V. THE STATE.

(Two cases)

(Decided May 30, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant, R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### CINCINNATI COOPERAGE CO. V. PETREE.

(Decided May 16, 1912.)

APPEAL from Franklin Circuit Court.

Heard before Hon. C. P. ALMON.

WILLIAMS & JONES, for appellant. No counsel marked for appellee.

Per curiam. Affirmed on certificate.